# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| JUANITA WILSON and<br>DETERRIUS WILSON | PLAINTIFFS |
| v.    No. 4:06CV01705 JLH | |
| PAUL N. FORD and<br>RICHARD RAY WEST | DEFENDANTS |

## JUDGMENT

The complaint is hereby dismissed without prejudice.

IT IS SO ORDERED this 20th day of December, 2006.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE